# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

JACOB POWERS,

        Petitioner,

v.                                                     Case No. 10-CV-1127

BRIAN FOSTER,

        Respondent.

## ORDER

On June 1, 2016, the court stayed this action to permit Jacob Powers to exhaust his remedies in state court. (ECF No. 108.) On May 4, 2023, Powers advised the court that he has exhausted his remedies in state court and this matter is now ready to proceed. (ECF No. 115.) However, Powers's appointed counsel states that he is no longer able to represent Powers due to counsel's new employment. (ECF No. 115.)

Therefore, the court's stay is vacated. Attorney Brian P. Mullins is discharged as counsel for Powers, and successor counsel shall be promptly appointed pursuant to 18 U.S.C. § 3006A(a)(2)(B). The Clerk shall schedule a telephonic status conference with all counsel in approximately 60 days. Counsel should be prepared to discuss setting a

schedule for concluding this case.

**SO ORDERED.**

Dated at Milwaukee, Wisconsin this 5th day of May, 2023.

_____
WILLIAM E. DUFFIN
U.S. Magistrate Judge